A06A0309, A06A0310. IN THE INTEREST OF C. S. et al., children (two cases).
(653 SE2d 755)

SMITH, Presiding Judge.

In *In the Interest of C. S.*, 282 Ga. 7 (644 SE2d 812) (2007), the Supreme Court reversed the judgment of this court in *In the Interest of C. S.*, 279 Ga. App. 831 (632 SE2d 665) (2006). We therefore vacate our earlier opinion and adopt the judgment of the Supreme Court as the opinion of this court.

*Judgment reversed. Ruffin and Phipps, JJ., concur.*

DECIDED AUGUST 21, 2007.

*Meron Dagnew, Bentley C. Adams III*, for appellant (case no. A06A0309).

*McCamy, Phillips, Tuggle & Fordham, Curtis A. Kleem*, for appellant (case no. A06A0310).

*Thurbert E. Baker, Attorney General, Shalen S. Nelson, Senior Assistant Attorney General, Charissa A. Ruel, Assistant Attorney General, Bruce A. Kling*, for appellee.

---

[28] Id. at 458-459 (3).